UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-01794-SSC                    Date: April 16, 2026

Title      Ivo Tanku Tapang v. Emmanuel Nsahlai

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

Teagan Snyder                              n/a
Deputy Clerk                    Court Reporter / Recorder

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
None Present                          None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Re Defendant's Failure to File a Renewed Special Motion to Strike and/or Comply with Court Order**

On March 2, 2025, Plaintiff Ivo Tanku Tapang filed a complaint against Defendant Emmanuel Nsahlai.  (ECF 1.)  On April 25, 2025, Defendant filed a special motion to strike Plaintiff's complaint or, alternatively, motion to dismiss the complaint.  (ECF 12.)  The Court denied the motion, ordered Defendant to file an answer by November 3, 2025, and ordered the parties to submit a joint report (1) estimating the amount of time needed for limited discovery regarding Defendant's factual submissions regarding malice, and (2) proposing a briefing schedule on a renewed special motion to strike.  (ECF 21.)  Defendant timely answered (ECF 22), and the parties filed a joint report (ECF 24).  The Court set the briefing schedule for the renewed special motion to strike (ECF 25), and the briefing deadlines were subsequently extended

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-01794-SSC                    Date: April 16, 2026

Title      Ivo Tanku Tapang v. Emmanuel Nsahlai

when the Court granted the parties' joint stipulation seeking extension (ECF 27).  The Court ordered Defendant to file the renewed motion to strike by April 1, 2026.  (ECF 27.)  The deadline to file a renewed special motion to strike has passed, and the Court has not received Defendant's renewed motion to strike or any other communication from the parties.  In the absence of a renewed motion to strike, the case must proceed to a scheduling conference and case management order.

Accordingly, no later than **April 24, 2026**, the parties are ordered to submit a joint status report containing: (1) a summary of the status of malice discovery, (2) stating whether Defendant intends to seek relief from the missed deadline to file a renewed motion to strike, (3) stating whether the Court should set a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

:
Initials of Preparer        **ts**